

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00019-CR

Sandra Jo **SMALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-20-0000066
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 24, 2023.

_____
Luz Elena D. Chapa, Justice